IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MICHAEL REESE MEDICAL CENTER CORPORATION | ) ) | Case No. 08 B 25811 |
| | ) | Honorable John H. Squires |
| Debtor. | ) ) | |

**STIPULATION EXTENDING THE COMMITTEE'S DEADLINE TO FILE
OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF A FINAL ORDER: (1)
APPROVING POST-PETITION FACTORING AGREEMENT; (2) GRANTING SECURITY
INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE TREATMENT;
AND (3) APPROVING SUN CAPITAL HEALTHCARE, INC.'S FEES AND COSTS**

**WHEREAS**, on September 28, 2008 (the **"Petition Date"**), the Debtor filed a voluntary petition for reorganization relief under Chapter 11 of the Bankruptcy Code (the "**Case**"). The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Case;

**WHEREAS**, on October 7, 2008, the Official Committee of Unsecured Creditors (the "**Committee**") was appointed in the Case by the Office of the United States Trustee;

**WHEREAS**, on October 3, 2008, the Debtor filed a Motion for entry of an Interim Order: (1) Approving Postpetition Factoring Agreement; (2) Granting Security Interests and Superpriority Administrative Expense Treatment; and (3) Approving Sun Capital Healthcare, Inc.'s Fees and Costs (the **"Factoring Motion"**). The Factoring Motion seeks various forms of relief relating to a pre-petition Master Purchase and Sale Agreement dated as of March 6, 2008 (the "**Agreement**") between the Debtor, as provider, and Sun Capital HealthCare, Inc. ("**Sun Capital**"), as purchaser. In addition, the Factoring Motion seeks to continue the Debtor's

arrangement with Sun Capital pursuant to the Agreement, and to approve a Post-Petition Chapter 11 Bankruptcy Rider to Sun Capital HealthCare, Inc.'s Master Purchase and Sale Agreement.

**WHEREAS**, on October 8, 2008, the Court entered an Interim Order approving the Factoring Motion (the "**Interim Factoring Order**").  The Interim Factoring Order established October 20, 2008 as the deadline (the "**Objection Deadline**") to file objections, if any, to entry of a Final Order approving the Factoring Motion.

**WHEREAS**, counsel to the Committee, counsel to the Debtor and counsel to Sun Capital (collectively, the "**Parties**") have diligently participated, and continue to participate in, negotiations to address the Committee's concerns regarding the Factoring Motion.

**WHEREAS**, on October 17, 2008, the Parties reached an agreement to extend the Committee's deadline to file an objection to the Factoring Motion until 5:00 p.m. (Central) on October 21, 2008 so that the parties could satisfactorily complete their negotiations.

**WHEREAS**, on October 20, 2008 David Baddley, an attorney for the Committee, consulted Stephen Wolfe, staff attorney at the Office of the United States Trustee, regarding the Parties' agreement to extend the Objection Deadline to October 21, 2008 at 5:00 p.m. (Central). Mr. Wolfe indicated that the Office of the United States Trustee does not oppose the agreed extension.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the Committee, the Debtor and Sun Capital, by and through their undersigned counsel, as follows:

1.    The Objection Deadline is hereby extended for the Committee only, and not any other party in interest, through and including October 21, 2008 at 5:00 p.m. (Central).  The

Objection Deadline shall not be further extended, without the written consent of the Debtor and Sun Capital and the consent of the Office of the United States Trustee.

2. Except as expressly modified pursuant to this Stipulation, the Interim Factoring Order shall remain in full force and effect in accordance with its terms.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but together shall constitute one and the same instrument.

Dated: October 20, 2008

FOLEY & LARDNER LLP

/s/ (signature)

Edward Green
Geoffrey S. Goodman
Derek L Wright
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: 312 832-4372

ATTORNEYS FOR DEBTOR

GOLDBERG KOHN

Ronald Barliant
Kathryn A. Pamenter
Goldberg Kohn
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 201-4000

COUNSEL FOR SUN CAPITAL
HEALTHCARE, INC.

GREENBERG TRAURIG

Keith J. Shapiro
Nancy A. Peterman
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400

Proposed COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS

3

Objection Deadline shall not be further extended, without the written consent of the Debtor and Sun Capital and the consent of the Office of the United States Trustee.

2. Except as expressly modified pursuant to this Stipulation, the Interim Factoring Order shall remain in full force and effect in accordance with its terms.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but together shall constitute one and the same instrument.

Dated: October 20, 2008

FOLEY & LARDNER LLP

_____
Edward Green
Geoffrey S. Goodman
Derek L Wright
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: 312 832-4372

ATTORNEYS FOR DEBTOR

GOLDBERG KOHN

_/s/ Kathryn A. Pamenter_
Ronald Barliant
Kathryn A. Pamenter
Goldberg Kohn
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 201-4000

COUNSEL FOR SUN CAPITAL HEALTHCARE, INC.

GREENBERG TRAURIG

_____
Keith J. Shapiro
Nancy A. Peterman
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400

Proposed COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

kap