## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| **MICHAEL REESE MEDICAL** | ) | **Case. No.  08-25811** |
| **CENTER CORPORATION,** | ) | |
| | ) | **Hon. John H. Squires** |
| Debtor. | | |

### STIPULATION AND ORDER OF FIRST AMENDMENT TO INTERIM ORDER: (1) APPROVING POST-PETITION FACTORING AGREEMENT; (2) GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE TREATMENT; (3) APPROVING SUN CAPITAL HEALTHCARE, INC.'S FEES AND COSTS; AND (4) SETTING FINAL HEARING

**WHEREAS,** on September 28, 2008 (the **"Petition Date"**), Michael Reese Medical Center Corporation (the **"Debtor"**) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Case").  The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Case;

**WHEREAS,** on October 7, 2008, the Official Committee of Unsecured Creditors (the **"Committee"**) was appointed in the Case by the Office of the United States Trustee;

**WHEREAS,** on October 3, 2008, the Debtor filed a Motion for entry of an Interim and Final Order:  (1) Approving Postpetition Factoring Agreement; (2) Granting Security Interests and Superpriority Administrative Expense Treatment; and (3) Approving Sun Capital Healthcare, Inc.'s Fees and Costs (the **"Factoring Motion"**).

**WHEREAS,** on October 8, 2008, the Court entered an Interim Order approving the Factoring Motion (the **"Interim Factoring Order"**).

1.      All capitalized terms used herein have the meanings ascribed thereto in the Interim Factoring Order and by this reference are made a part hereof.

2.    Section 6.8 of the Interim Factoring Order is hereby amended to extend the deadline therein for the Committee and MRL Acquisition, LLC to October 27, 2008 at 5:00 p.m. to file objections, if any, to the Interim Factoring Order.

3.    Section 6.8 of the Interim Factoring Order is hereby further amended to continue the date of the Final Hearing to October 30, 2008 at 10:00 a.m. 9:30

4.    Except as expressly set forth herein, the terms of the Interim Factoring Order are not altered and remain in full force and effect.

5.    The terms of this Order were negotiated in good faith and at arms' length.

6.    If any or all of the provisions of this Order or the Interim Factoring Order are hereafter modified, vacated or stayed by subsequent order of this Court or any other court, such subsequent order shall not affect the priority, validity, enforceability or effectiveness of any lien, security interest, priority, adequate protection or other benefit authorized with respect to any cash collateral used or Post-Petition Obligations incurred prior to the effective date of such subsequent order, and all such liens, security interests, priorities, adequate protection and other benefits shall be governed in all respects by the provisions of the Interim Factoring Order, as amended hereby.

624810.2

-2-

DATED: October __, 2008

FOLEY & LARDNER LLP

_____
Edward Green
Geoffrey S. Goodman
Derek L Wright
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: 312 832-4372

**ATTORNEYS FOR DEBTOR**


GREENBERG TRAURIG

_____
Keith J. Shapiro
Nancy A. Peterman
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400

PROPOSED COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS


GOLDBERG KOHN

_____
Ronald Barliant
Kathryn A. Pamenter
Goldberg Kohn
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone:  (312) 201-4000

**COUNSEL FOR SUN CAPITAL
HEALTHCARE, INC.**


LATHAM & WATKINS LLP

_____
David Heller
Amy Hijjawi
Sears Tower, 233 S. Wacker Dr, Suite 5800
Chicago, IL 60606
Telephone: (312) 993-9767

COUNSEL FOR MRL ACQUISITION, LLC


ENTERED:

_____
Honorable John H. Squires
United States Bankruptcy Judge

624810.2

DATED:  October __, 2008

FOLEY & LARDNER LLP                          GOLDBERG KOHN

_____              _____
Edward Green                                 Ronald Barliant
Geoffrey S. Goodman                          Kathryn A. Pamenter
Derek L Wright                               Goldberg Kohn
Foley & Lardner LLP                          55 West Monroe, Suite 3300
321 N. Clark Street, Suite 2800              Chicago, IL 60603
Chicago, IL 60610                            Telephone:   (312) 201-4000
Phone: 312 832-4372

ATTORNEYS FOR DEBTOR                          COUNSEL FOR SUN CAPITAL
                                             HEALTHCARE, INC.


GREENBERG TRAURIG                             LATHAM & WATKINS LLP

_____              _____
Keith J Shapiro                              David Heller
Nancy A. Peterman                            Amy Hijjawi
77 W. Wacker Drive, Suite 3100               Sears Tower, 233 S. Wacker Dr, Suite 5800
Chicago, IL 60601                            Chicago, IL 60606
Telephone: (312) 456-8400                    Telephone: (312) 993-9767

PROPOSED COUNSEL FOR THE                      COUNSEL FOR MRL ACQUISITION, LLC
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS


ENTERED:

                                             _____
                                             Honorable John H. Squires
                                             United States Bankruptcy Judge

6248102

-3-

DATED: October __, 2008

FOLEY & LARDNER LLP

_____

Edward Green
Geoffrey S. Goodman
Derek L Wright
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: 312 832-4372

**ATTORNEYS FOR DEBTOR**


GREENBERG TRAURIG

_____

Keith J. Shapiro
Nancy A. Peterman
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400

**PROPOSED COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS**


ENTERED:

GOLDBERG KOHN

_____

Ronald Barliant
Kathryn A. Pamenter
Goldberg Kohn
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone:  (312) 201-4000

**COUNSEL FOR SUN CAPITAL
HEALTHCARE, INC.**


LATHAM & WATKINS LLP

_____

David Heller
Amy Hijjawi
Sears Tower, 233 S. Wacker Dr, Suite 5800
Chicago, IL 60606
Telephone: (312) 993-9767

**COUNSEL FOR MRL ACQUISITION, LLC**


_____

Honorable John H. Squires
United States Bankruptcy Judge

DATED: October 22, 2008

FOLEY & LARDNER LLP

Edward Green
Geoffrey S. Goodman
Derek L Wright
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: 312 832-4372

ATTORNEYS FOR DEBTOR

GREENBERG TRAURIG

Keith J. Shapiro
Nancy A. Peterman
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400

PROPOSED COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

ENTERED:

OCT 2 3 2008

GOLDBERG KOHN

Ronald Barliant
Kathryn A. Pamenter
Goldberg Kohn
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 201-4000

COUNSEL FOR SUN CAPITAL
HEALTHCARE, INC.

LATHAM & WATKINS LLP

David Heller
Amy Hijjawi
Sears Tower, 233 S. Wacker Dr, Suite 5800
Chicago, IL 60606
Telephone: (312) 993-9767

COUNSEL FOR MRL ACQUISITION, LLC

Honorable John H. Squires
United States Bankruptcy Judge

624810.2

-3-